CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 23 2010

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARION LEA BEA, | ) | Civil Action No. 7:10-cv-00229 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WARDEN BRYAN B. WATSON, | ) | By: Hon. James C. Turk |
|     Defendant. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

ORDERED

that plaintiff's request to proceed in forma pauperis is **DENIED**; the complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 23rd day of August, 2010.

                                                                                    /s/ James C. Turk
                                                                                 Senior United States District Judge